**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**JACKSON DIVISION**

| | | |
|---|---|---|
| DAVID LYNCH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:11CV177-CWR-FKB |
| | ) | |
| XANODYNE PHARMACEUTICALS, INC., | ) | |
| QUALITEST PHARMACEUTICALS, INC., | ) | |
| ELI LILLYAND COMPANY, and | ) | |
| JOHN DOES 1-5 AND JOHN DOES 6-10 | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF DAVID LYNCH'S RESPONSE IN OPPOSITION TO**
**DEFENDANT ELI LILLY AND COMPANY'S 12(b)(6) MOTION TO DISMISS**

COMES NOW the Plaintiff, David Lynch, by and through undersigned counsel, and files this his response in opposition to the 12(b)(6) Motion to Dismiss filed by Defendant Eli Lilly and Company, and would show as follows:

1. Plaintiff's Complaint properly stated claims against Lilly.

   a. Lilly was the innovator of Darvocet, with its manufacturing dating back to the 1950's. The company designed, researched, manufactured, tested, advertised, promoted, marketed, sold, and distributed Darvocet until 2002.

   b. During that time, Lilly failed to ensure the quality and safety of Darvocet, leaving consumers and the medical community without knowledge about the dangers associated with Darvocet, which has led to thousands of deaths.

   c. From 2002 until the drug's market withdrawal in 2010, Lilly continued to derive benefit and income from Darvocet.

2.      Defendant Lilly has offered factual and discoverable material in the company's 12(b)(6) motion arising to the level of a FRCP 56 motion for summary judgment. Should Lilly continue with the motion to dismiss, Plaintiff requests this motion be converted into a motion for summary judgment, warranting further discovery.

**WHEREFORE, PREMISES CONSIDERED,** Plaintiff David Lynch respectfully requests that this Court deny Defendant Eli Lilly and Company's 12(b)(6) Motion to Dismiss.

Respectfully submitted this the 5th day of May, 2011.

**DAVID LYNCH**

BY:     _/s/ Gerald J. Diaz, Jr._____
GERALD J. DIAZ, JR.
ATTORNEY FOR PLAINTIFF

**GERALD J. DIAZ, JR.** (MS Bar No. 6063)
**CHRISTOPHER P. WILLIAMS** (MS Bar No. 10774)
**JAMES R. SEGARS, III** (MS Bar No.103605)
**THE DIAZ LAW FIRM, PLLC**
208 Waterford Square, Suite 300
Madison, MS  39110
(601) 607-3456 Telephone
(601) 607-3393 Facsimile
Email: jdiazjr@msattorneys.com
Email: cwilliams@msattorneys.com
Email: tripp@msattorneys.com
Email: csdorsey@msattorneys.com

**EDWARD BLACKMON, JR.** (MS Bar No. 3354)
**BLACKMON & BLACKMON, PLLC**
907 West Peace Street
Post Office Drawer 105
Canton, Mississippi 39046
601-859-1567 Telephone
601-859-2311 Facsimile
Email: edblackmon@blackmonlawfirm.com
Email: wyoung@blackmonlawfirm.com

**ATTORNEYS FOR PLAINTIFF**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 5, 2011, I electronically filed *Plaintiff's First Amended Complaint* with the Clerk of this Court using the CM/ECF system, which provided a service copy on the following:

**Douglas J. Gunn, Esq.**
**Walter T. Johnson, Esq.**
WATKINS & EAGER
P. O. Box 650
Jackson, MS 39205-0650
(601) 948-6470
dgunn@watkinseager.com
wjohnson@watkinseager.com

*Counsel for Eli Lilly and Company*


I hereby certify that on May 5, 2011, I also provided a service copy on the following:

**Gina M. Saelinger, Esq.**
ULMER & BERNE, LLP
600 Vine Street
Suite 2800
Cincinnati, Ohio  45202-2409
(513) 698-5114
gsaelinger@ulmer.com

*Counsel for Xanodyne Pharmaceuticals, Inc.*

**Carolyn Taylor, Esq.**
MORRIS POLICH & PURDY, LLP
501 West Broadway, Suite 500
San Diego, CA  92101
(619) 557-0404
CTaylor@mpplaw.com

*Counsel for Qualitest Pharmaceuticals, Inc.*

**Bonnie L. Gallivan, Esq.**
**Amy K. Fisher, Esq.**
ICE MILLER, LLP
One American Square
Indianapolis, IN 46282-0200
(317) 236-2100

*Counsel for Eli Lilly and Company*


_____ /s/ Gerald J. Diaz, Jr._____
GERALD J. DIAZ, JR.